AO83 (WAWD revised 09/20) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

for the

**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>AMANDEEP KAUR<br>34 SOLAR CIR APT E<br>PARKVILLE, MD 21234 | **SUMMONS IN A CRIMINAL CASE**<br><br>Case Number: 2:24-po-00294-BAT<br>Location: WW22<br>Violation(s): 9693906 |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date, and time set forth below.

| Place | Room |
|---|---|
| U.S. COURTHOUSE<br>12TH FLOOR<br>700 STEWART STREET<br>SEATTLE, WA 98101 | COURTROOM 12B |
| | **Date and Time:** |
| Before: Hon. Brian A Tsuchida | 12/19/2024 at 08:45AM |

To answer a(n)

☐ Indictment ☐ Information ☐ Complaint ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☑ Violation Notice

Brief description of offense:

(1) IMPROPER ENTRY BY AN ALIEN - 1ST OFFENCE

**This date is for arraignment only. If you plead not guilty, the trial will occur at a later date. To confirm your appearance, or if you have questions, please review and follow the instructions on the Court's website https://www.wawd.uscourts.gov/cvb. Any request for a different hearing date must be submitted as soon as you receive this notice. Instructions for submitting rescheduling requests can be found on the Court's website.**

Stefanie Prather,
_____
Name and Title of Issuing Officer

_Stefanie Prather_
_____
Signature of Issuing Officer

11/21/2024
_____
Date

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **SUMMONS IN A CRIMINAL CASE** on the following party:

AMANDEEP KAUR
34 SOLAR CIR APT E
PARKVILLE, MD 21234

by mailing a true and correct copy hereof to said party on the date below.

DATED: 11/21/2024



, U.S. District Court